■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR ROSADO, Appellant. [679 NYS2d 283] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered September 19, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

After a thorough inquiry, the court properly dismissed a sworn juror for substantial misconduct (CPL 270.35). Despite

repeated admonitions not to talk about the case with anyone or to reach any opinions regarding the facts of the case, the juror asked a knowledgeable acquaintance for information on the subject of recovering fingerprints from currency (*see*, *People v Fox*, 172 AD2d 218, 219, *lv denied* 78 NY2d 966). Concur—Milonas, J. P., Rosenberger, Wallach, Tom and Mazzarelli, JJ.